

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

AARON MARCUS RICHARDSON

CASE NO.   3:08-cr- ᏃᏅᎧ- J- ᏃᏛTEᏛ

Ct. 1:       18 U.S.C. § 844(i)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about June 4, 2008, in Clay County, in the Middle District of Florida,

AARON MARCUS RICHARDSON,

the defendant herein, attempted to damage and destroy, by means of fire and explosive materials, a building used in and affecting interstate commerce, known as Syatt Of Jacksonville, Inc., located at The Tuesday Morning Plaza, 311 Blanding Blvd., Orange Park, Florida, which resulted in personal injury to a public safety officer performing duties as a direct or proximate result of the defendant's conduct.

All in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
DINEEN A. BAKER
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

AARON MARCUS RICHARDSON

## INDICTMENT

Violations:
Ct. 1: 18 U.S.C. § 844(i)

A true bill,

_____
Foreperson

Filed in open court this ___ day

of August, A.D. 2008.

_____
Clerk

Bail $_____

GPO 863