**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| : | |
| v.   : | CASE NO.: 3:08-CR-302-LSC-JEG |
| : | CASE NO.: 3:13-CR-177-LSC-JEG |
| : | |
| **AARON MARCUS RICHARDSON** : | |

**O R D E R**

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court finds by clear and convincing evidence that: 1) Defendant should be involuntarily administered an injectable form of medication in an effort to restore his competency; 2) the Government has important interests in prosecuting Defendant for the alleged commission of several serious crimes; 3) Defendant has shown his unwillingness to take his medication voluntarily in either oral or intravenous forms; 4) the medicating of Defendant involuntarily will assist the Government's ability to prosecute Case Number CR313-177 and the revocation proceedings in Case Number CR308-302; 5) the proposed treatment is medically appropriate; 6) Defendant is unwilling to comply with less intrusive means, which means that Defendant's medication should be involuntarily administered in an injectable form; and 7) Defendant is remanded to the custody of the Attorney General for a period of 120 days in an effort to restore his competency.

Done this 4th day of December, 2014.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
123966